FILED: May 21, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1414
(1:21-cv-00063-LCB-JLW)

_____

TODD BERMAN

      Plaintiff - Appellant

v.

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, d/b/a FedLoan Servicing

      Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered April 15, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*